IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE DAVID CARTER, | No. 2:20-CV-1322-KJM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| B. COX, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Defendant has filed a motion to dismiss, ECF No. 31, based on Plaintiff's failure to notify the Court of a change of address as required under the Local Rules. According to Defendant, various status reports filed with the Court and served on Plaintiff at his address of record have been returned undeliverable. By way of this order served on Plaintiff, the Court will ascertain on the record whether mail is being delivered and warn Plaintiff that failure to file an opposition to Defendant's motion may be construed in the Court's discretion as consent to the relief requested which, in this case, is dismissal of the entire action. <u>See</u> Local Rule 230(c), (l).

IT IS SO ORDERED.

Dated: January 27, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1